113

120
Santa Clara Pueblo
NM

**Attachment B**

Items to be searched and seized as evidence of a violation of 18 USC Section 641 are as follows:

1. Any item having a serial number and/or property number that was purchased or acquired by and is missing from Los Alamos National Laboratory (Laboratory).

2. Any item bearing indicia or markings identifying it as U.S. Government property.

3. Any item that appears to have a serial number or property number that has been removed or altered, until such time as it is determined if that item is Laboratory property. If any item is determined not to be Laboratory property it will be returned in a reasonable time period.

4. Any property that is marked with a black light marker, which is a specific marking system used by the Laboratory.

5. All items on the property will be surveyed by the FBI's Hazardous Evidence Response Team (HERT) for contamination. Any property deemed to be contaminated by the FBI HERT will be seized for additional testing and searching, and as evidence.

SCY