# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>County Road 120, House 113, Espanola, NM 87532 as further described in Attachment A | )<br>)<br>) Case No.<br>)<br>) *15mr631*<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____New Mexico_____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A Attached hereto and incorporated herein by reference.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B Attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before *October 22, 2015*
*(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.     ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge *Steven C. Yarbrough*.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
        ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  *10/8/15  6:30 pm*                    *Steve Yarbrough*
*Judge's signature*

City and state:  *Albuquerque, NM*                   *Steven C. Yarbrough*
*Printed name and title*
                                                                                    *U.S. Magistrate Judge*

**Attachment A**

The premises to be searched is the residence and outer building of Richard ATENCIO and possibly his wife. The residence is a multi-level light colored house with a greenish colored roof located at County Road 120, House 113, Espanola, NM 87532. The entrance to the property has what looks to be an electronic gate with the address 113 on the post of the entrance to the property. The outer building is a single story gray structure with two windows located in the front of the domicile. See attached photos incorporated herein by reference.