# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

15 OCT -9 PM 3: 14

CLERK-ALBUQUERQUE

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No.
County Road 120, House 113, Espanola, NM 87532 as )
further described in Attachment A )
) 15mr631

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____New Mexico_____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A Attached hereto and incorporated herein by reference.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B Attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _October 22, 2015_
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_Steven C. Yarbrough_
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____

Date and time issued: _10/8/15 6:30 pm_    _Steve Yarbrough_
                                                                                Judge's signature

City and state: _Albuquerque, NM_    _Steven C. Yarbrough_
                                                                                Printed name and title
                                                _U.S. Magistrate Judge_

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 15-MR-631~~30~~ | Date and time warrant executed: 10-09-2015 1920 HRS | Copy of warrant and inventory left with: RICHARD ATENCIO |
| Inventory made in the presence of: Joseph Davila |||
| Inventory of the property taken and name of any person(s) seized: <br><br> No PROPERTY TAKEN |||

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/09/2015

_____
Executing officer's signature

JOSEPH R. DAVILA
Printed name and title